513 P.2d 429

**LIQUOR CONTROL COMMISSION OF UTAH, Plaintiff and Appellant,**

v.

**ONE 1965 FORD CONVERTIBLE and Certain Intoxicating Liquor, Defendants and Respondents.**

**No. 12987.**

**Supreme Court of Utah.**

**Aug. 20, 1973.**

Vernon B. Romney, Atty. Gen., William T. Evans, Frank V. Nelson, Asst. Attys. Gen., Salt Lake City, for plaintiff and appellant.

Allan M. Metos, Salt Lake City, for defendants and respondents.

CALLISTER, Chief Justice:

The subject automobile was seized pursuant to a search warrant at the Dine-A-Ree under substantially the same facts and circumstances as outlined in Liquor Control Commission v. One 1968 Buick Riviera, 29 Utah 2d 61, 513 P.2d 427. The determination of this court in that case is controlling, and the judgment of the district court is affirmed. No costs awarded.

HENRIOD, ELLETT, CROCKETT and TUCKETT, JJ., concur.